FILED: JUNE 30, 2008
08CV3724
JUDGE ANDERSEN
MAG. JUDGE SCHENKIER
J. N.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CONSTANT COMPLIANCE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 |
| | ) | |
| | ) | Judge |
| v. | ) | |
| | ) | Magistrate Judge |
| HACH COMPANY | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S LOCAL RULE 3.2**
**NOTICE OF AFFILIATES DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 and Fed. R. Civ. P. 7.1, Plaintiff, Constant Compliance, Inc. ("2Ci"), through their attorneys, declares that 2Ci is an Illinois corporation. Dr. Prasad S. Kodukula and Charles R. Stack are the two sole shareholders, directors, and officers of 2Ci, as well as the sole inventors of the patent-in-suit. Dr. Prasad S. Kodukula and Charles R. Stack each own more than five percent of the corporation.

        Respectfully submitted,

        By: /s/ Paul K. Vickrey

Paul K. Vickrey (vickrey@nshn.com)
Arthur A. Gasey (gasey@nshn.com)
Laura A. Kenneally (kenneally@nshn.com)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Facsimile: (312) 236-3137

**Attorneys for Plaintiff,
Constant Compliance, Inc.**