FILED: JUNE 30, 2008
08CV3724
JUDGE ANDERSEN
MAG. JUDGE SCHENKIER
J. N.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CONSTANT COMPLIANCE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 |
| | ) | |
| | ) | Judge |
| v. | ) | |
| | ) | Magistrate Judge |
| | ) | |
| HACH COMPANY | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290:

1. Name and address of plaintiff:

   Constant Compliance, Inc.
   140 South Dearborn Street, Suite 411
   Chicago, Illinois 60603

2. Names and addresses of defendants:

   Hach Company
   5600 Lindbergh Drive
   Loveland, Colorado 80538

3. Name of Inventors:

   Dr. Prasad S. Kodukula
   Charles R. Stack

4. United States Patent Number Involved:

   U.S. Patent No. 6,845,336

Respectfully submitted,

By: /s/Paul K. Vickrey
Paul K. Vickrey (vickrey@nshn.com)
Arthur Gasey (Gasey@nshn.com)
Laura A. Kenneally (kenneally@nshn.com)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Facsimile: (312) 236-3137

***Attorneys for Plaintiff,
Constant Compliance, Inc.***