# Affidavit of Process Server

Constant Compliance, inc. vs Hach Company       08CV3724

PLAINTIFF/PETITIONER            DEFENDANT/RESPONDENT            CASE #

Being duly sworn, on my oath, I   Aaron Willoughby
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served   Hach Company

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

NAME OF PERSON/ENTITY BEING SERVED

☒ Summons + Complaint

by serving (NAME) Dawn Schulz CT Corporation Authorize To
☐ Home  Accept Service
☒ Business  208 South LaSalle St Chicago, IL Ste 814
☐ on (DATE) 7-21-08                    at (TIME) 1:35 PM

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____          (STATE) _____

## Manner of Service:
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely  Dawn Schulz
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address     ☐ Evading                    ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant  _____
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ , ( )_____
                                                   DATE  TIME            DATE  TIME

( )_____ , ( )_____ , ( )_____
  DATE  TIME        DATE  TIME        DATE  TIME

**Description:**
☐ Male      ☒ White Skin   ☐ Black Hair   ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'     ☐ Under 100 Lbs.
☒ Female    ☐ Black Skin   ☒ Brown Hair   ☐ Balding     ☐ 21-35 Yrs.  ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
            ☐ Yellow Skin  ☐ Blond Hair                 ☐ 36-50 Yrs.  ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
            ☐ Brown Skin   ☐ Gray Hair    ☐ Mustache    ☒ 51-65 Yrs.  ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin     ☐ Red Hair     ☐ Beard       ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois     County of Cook

Subscribed and sworn to before me,
a notary public, this 22 day of July , 20 08

SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC _____

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.