IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONSTANCE COMPLIANCE, INC., | Civil Action No. 08- CV-03724 |
| Plaintiff, | |
| v. | Judge Wayne R. Andersen |
| EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS, INC. & HACH COMPANY, | Magistrate Judge Sidney I. Schenkier |
| Defendants. | **JURY TRIAL DEMANDED** |
| HACH COMPANY, | |
| Counterclaim Plaintiff, | |
| v. | |
| CONSTANCE COMPLIANCE, INC, | |
| Counterclaim Defendant. | |

## HACH COMPANY'S LOCAL RULE 3.2 NOTICE OF AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim Plaintiff Hach Company declares that Hach Company, a Delaware corporation, is a wholly owned subsidiary of Danaher Corporation. Danaher Corporation is a Delaware corporation with its principal place of business at 2099 Pennsylvania Avenue, N.W., Washington, D.C. 20006.

4832-8218-3938.1

Respectfully submitted this 19th day of August, 2008,

/s/ John A. Leja
_____
DAVID G. MANGUM (UTAH STATE BAR NO. 4085)
C. KEVIN SPEIRS (UTAH STATE BAR NO. 5350)
CATHERINE A. AGNOLI (UTAH STATE BAR NO. 6161)
**PARSONS BEHLE & LATIMER**
ONE UTAH CENTER
201 SOUTH MAIN STREET, SUITE 1800
SALT LAKE CITY, UT 84111
(801) 532-1234 (TELEPHONE)
(801) 536-6111 (FACSIMILE)
dmangum@parsonsbehle.com
kspeirs@parsonsbehle.com
cagnoli@parsonsbehle.com
mmccarthy@parsonsbehle.com


JOHN A. LEJA
**MCGUIREWOODS LLP**
77 WEST WACKER
CHICAGO, ILLINOIS 60601
(312) 849-8186 (DIRECT LINE)
(312) 849-8187 (FACSIMILE)
JLEJA@MCGUIREWOODS.COM

**ATTORNEYS FOR DEFENDANT HACH COMPANY**

2

4832-8218-3938.1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the above **HACH COMPANY'S LOCAL RULE 3.2 NOTICE OF AFFILIATES DISCLOSURE STATEMENT** was electronically filed with the Clerk of the Court and served on the parties using the electronic CM/ECF filing system on August 19, 2008. Notice of this filing will be served on the following registered counsel of record for the parties by operation of the Court's electronic filing system.

> Paul K. Vickrey (vickrey@nshn.com)
> Arthur A. Gasey (gasey@nshn.com)
> Laura Anne Kenneally (kenneally@nshn.com)
> Niro, Scavone, Haller & Niro, Ltd.
> 181 West Madison Street
> Suite 4600
> Chicago, IL 60602
> (312) 236-0733

Parties may access this filing through the Court System.

/s/ John A. Leja

4832-8218-3938.1