IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSTANT COMPLIANCE, INC. )<br>)<br>Plaintiff-Counterclaim Defendant, )<br>)<br>v. )<br>)<br>EMERSON PROCESS MANAGEMENT )<br>POWER & WATER SOLUTIONS, INC. AND )<br>HACH COMPANY )<br>)<br>Defendants-Counterclaim Plaintiffs. ) | Civil Action No. 08 CV 3724<br><br>Judge Wayne R. Andersen<br><br>Magistrate Judge Sidney I. Schenkier<br><br>Jury Trial Demanded |

**EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS, INC.'S
LOCAL RULE 3.2 NOTICE OF AFFILIATES DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim Plaintiff Emerson Process Management Power & Water Solutions, Inc. hereby submits this Emerson Process Management Power & Water Solutions, Inc.'s Local Rule 3.2 Notice of Affiliates Disclosure Statement. This statement will be supplemented as required by Rule 7.1(b).

**I.   Identification of any parent corporation**

Emerson Process Management Power & Water Solutions, Inc. is wholly owned by Fisher-Rosemount Systems, Inc., a Delaware Corporation that is not publicly traded. The ultimate corporate parent of Emerson Process Management Power & Water Solutions, Inc. is Emerson Electric Co., a publicly held company with offices at 8000 West Florissant Avenue in St. Louis County, Missouri.

**II.  Identification of any publicly held corporation that owns 10% or more of Defendant Emerson Process Management Power & Water Solutions, Inc.**

Emerson Electric Co., a Missouri corporation with offices at 8000 West Florissant Avenue in St. Louis County, Missouri, is publicly held and indirectly owns 10% or more of

Emerson Process Management Power & Water Solutions, Inc.

| | |
|---|---|
| Dated: August 25, 2008 | /s/ Kevin M. Nelson |

                                            Keith D. Parr
Kevin M. Nelson
LOCKE LORD BISSELL & LIDDELL LLP
111 South LaSalle St.
Chicago, Illinois 60062
(312) 443-0700
(312) 443-0336 (fax)
kparr@lockelord.com
knelson@lockelord.com

*Of Counsel:*
Robert McAughan
Bruce Cannon
LOCKE LORD BISSELL & LIDDELL LLP
3400 JPMorgan Chase Tower
600 Travis
Houston, Texas 77002
(713) 226-1200
(713) 223-3717 (fax)

**Attorneys for Defendant – Counterclaim Plaintiff Emerson Process Management Power & Water Solutions, Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the above EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS, INC.'S LOCAL RULE 3.2 NOTICE OF AFFILIATES DISCLOSURE STATEMENT was electronically filed with the Clerk of the Court and served on the parties using the electronic CM/ECF filing system on August 25, 2008 and via electronic mail as indicated below.

| | |
|---|---|
| Paul K. Vickrey (vickrey@nshn.com)<br>Arthur A. Gasey (gasey@nshn.com)<br>Laura A. Kenneally (kenneally@nhsn.com)<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison Street, Suite 4600<br>Chicago, Illinois 60602<br>(312) 236-0733<br>(312) 236-3137 (fax)<br><br>***Attorneys for Planitiff***<br>***Constant Compliance, Inc.*** | John A. Leja (jleja@mcguirewoods.com)<br>MCGUIRE WOODS LLP<br>77 West Wacker Drive<br>Chicago, IL 60601<br>(312) 849-8186<br>(312) 849-8187 (fax)<br><br>David G. Mangum (dmangum@parsonsbehle.com)<br>C. Kevin Spiers (kspiers@parsonsbehle.com)<br>Catherine A. Agnoli (cagnoli@parsonsbehle.com)<br>PARSONS BEHLE & LATIMER<br>One Utah Center<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT  84111<br>(801) 532-1234<br><br>***Attorneys for Defendant Hach Company*** |

   /s/ Kevin M. Nelson